CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 28 2010

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 7:91CR00138 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GODFREY SPENCER, ) | By: James C. Turk |
| Petitioner. ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

That the petitioner's successive 28 U.S.C. § 2255 motion is **DISMISSED without prejudice**, a certificate of appealability is **DENIED**, and the petitioner's motion to stay is **DENIED as moot**. The Clerk of Court is directed to **STRIKE** the matter from the court's active docket and to send a copy of this final order and accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This 28th day of May, 2010.

_____
Senior United States District Judge